UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARK KENT JONES,

    Plaintiff,

v.

    File no: 1:15-CV-925

    HON. ROBERT J. JONKER

UNKNOWN LEITER, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 13, 2019 (ECF No. 89). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 89) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's motion for settlement (ECF No. 78) is **DENIED.**

**IT IS FURTHER ORDERED** that defendant Leiter's motion for summary judgment (ECF No. 80) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a second amended case management order shall issue.

Date:   March 11, 2019        /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               CHIEF UNITED STATES DISTRICT JUDGE